UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL MOLANARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:17-cv-318-JMS-MPB |
| v. | ) |
| | ) |
| SAMUELS JEWELERS, INC. | ) |
| | ) |
| Defendant. | ) |

Dismissal with prejudice acknowledged. JMS, CJ, 1-17-18 Distribution via ECF.

### Stipulation of Dismissal

The parties stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 16th day of January 2018,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
BMazaheri@forthepeople.com
Morgan & Morgan
333 W Vine St Ste 1200
Lexington, KY 40507
Ph: 859-219-4529
Direct: 859-286-8368
Counsel for Plaintiff

/s/ Matthew L. Hinkle
Matthew L. Hinkle
Attorney No. 19396-29
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
Telephone: (317) 844-4693
Facsimile: (317) 573-5385
E-mail: mhinkle@chwlaw.com
Counsel for Defendant